**IT IS ORDERED as set forth below:**



Date: March 15, 2018

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CAROL MOORE MICHAELSON | : | CASE NO.  G17-22223-JRS |
| DEBTOR | : | |

## ORDER DISMISSING CASE PURSUANT
## TO 11 U.S.C. SECTION 105(A) AND SECTION 109(G)

On February 15, 2018 at 10:00 a.m., the Court held a hearing on Confirmation of the Debtor's plan.  Present at the hearing was Counsel for the Chapter 13 Trustee and Counsel for the Debtor's Attorney.  The Debtor has failed to meet the requirements of the ten (10) day status period, **IT IS HEREBY**

**ORDERED** that this case is **DISMISSED** with prejudice. Pursuant to 11 U.S.C. § 109(g) and 11 U.S.C. § 105(a), the Debtor is ineligible to be a Debtor in a case under Chapter 13 of the United States Code for a period of 180 days from the entry of this Order.

The Clerk of the Court is directed to serve this Order on the parties included in the attached Distribution List.

**END OF DOCUMENT**

Presented By:

/s/
Eric W. Roach
Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

# **DISTRIBUTION LIST**

**Case No.: G17-22223-JRS**

**Debtor:**
Carol Moore Michaelson
6625 Hwy 53, Suite 99
Dawsonville, GA 30534

**Debtor's Attorney:**
Kelley & Clements, LLP
P.O. Box 2758
Gainesville, GA 30503

**Chapter 13 Trustee:**
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303

*AND ALL CREDITORS LISTED ON THE ATTACHED MAILING MATRIX*

```
Label Matrix for local noticing          Bank of America                          Caliber Home Loans
113E-2                                   P.O. Box 17054                           3701 Regent Blvd.
Case 17-22223-jrs                        Wilmington, DE 19850-7054                Irving, TX 75063-2312
Northern District of Georgia
Gainesville
Tue Mar 13 15:01:39 EDT 2018

Capital One                              Capital One Auto Finance, A Division    Discover Bank
P.O. Box 70884                           of Capital One, N.A.                    P. O. Box 3025
Charlotte, NC 28272-0884                 c/o AIS Portfolio Services, LP          New Albany, OH 43054-3025
                                         4515 N Santa Fe Ave. Dept APS
                                         Oklahoma City OK 73118-7901

Donald J. Knicely                        (p)GEORGIA DEPARTMENT OF REVENUE         Georgia Department of Revenue
28307 Waterbury Bend Lane                COMPLIANCE DIVISION                      Attention: Bankruptcy Division
Fulshear, TX 77441-2061                  ARCS BANKRUPTCY                          P.O. Box 38143
                                         1800 CENTURY BLVD NE SUITE 9100          Atlanta, GA 30334
                                         ATLANTA GA 30345-3202

(p)INTERNAL REVENUE SERVICE              Monalisa Ladha                           One Main Financial
CENTRALIZED INSOLVENCY OPERATIONS        a/k/a Monalisa Jan                       P.O. Box 3251
PO BOX 7346                              2891 Hampton Grove Trace                 Evansville, IN 47731-3251
PHILADELPHIA PA 19101-7346               Dacula, GA 30019-1544

OneMain Financial Group, LLC             (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC
ONEMAIN                                  PO BOX 41067                             PO Box 788
PO BOX 3251                              NORFOLK VA 23541-1067                    Kirkland, WA 98083-0788
EVANSVILLE, IN. 47731-3251

Quantum3 Group LLC as agent for          Quantum3 Group, LLC as agent for NCEP, LLC   Santander Consumer USA
NCEP LLC                                 Quantum3 Group LLC as agent for              P.O. Box 660633
PO Box 788,                              NCEP, LLC                                    Dallas, TX 75266-0633
Kirkland, WA 98083-0788                  PO Box 788
                                         Kirkland, WA 98083-0788

U. S. Attorney                           Weinstein & Riley                        Wells Fargo
600 Richard B. Russell Bldg.             2001 Western Ave. Suite 400              P.O. Box 348750
75 Ted Turner Drive, SW                  Seattle, WA 98121-3132                   Sacramento, CA 95834-8750
Atlanta GA 30303-3315

Wells Fargo Auto Finance                 World Finance Corp. c/o World Acceptance Cor   World Finance Corporation
P.O. Box 29704                           Attn: Bankruptcy Processing Center             World Acceptance Corporation
Phoenix, AZ 85038-9704                   PO Box 6429                                    Attn: Bankruptcy
                                         Greenville, SC 29606-6429                      P.O. Box 6429
                                                                                        Greenville, SC 29606-6429
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
GEORGIA DEPARTMENT OF REVENUE            Internal Revenue Service                 Portfolio Recovery Associates
COMPLIANCE DIVISION                      Insolvency                               PO Box 41067
BANKRUPTCY SECTION                       P.O. Box 21126                           Norfolk, VA 23541
1800 CENTURY BLVD. NE, SUITE 9100        Philadelphia, PA 19114
ATLANTA, GEORGIA 30345-3205
```

```
(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Capital One Auto Finance, A Division        End of Label Matrix
of Capital One, N.A.                           Mailable recipients    23
c/o AIS Portfolio Services, LP                 Bypassed recipients     1
4515 N Santa Fe Ave. Dept APS                  Total                  24
Oklahoma City OK 73118-7901
```